ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
Earthjustice
707 Wilshire Street, Suite 4300
Los Angeles, CA 90017
Tel: (213) 766-1067 / Fax: (415) 217-2040

MICHELLE GHAFAR (CA Bar No. 315842)
mghafar@earthjustice.org
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Counsel for National Parks Conservation Association, Natural Resources Defense Council, and The Wilderness Society*

(List of Counsel continued on next page)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>       Defendants. | Civ. No. 2:20-cv-00371 DSF (SSx)<br><br>**PROOF OF SERVICE** |

Case 2:20-cv-00371-DSF-AS   Document 11   Filed 02/19/20   Page 2 of 15   Page ID #:57

1  BRENDAN CUMMINGS (CA Bar No. 193952)
   bcummings@biologicaldiversity.org
2  CLARE LAKEWOOD (CA Bar No. 298479)
   clakewood@biologicaldiversity.org
3  Center for Biological Diversity
4  1212 Broadway, Suite 800
   Oakland, CA 94612
5  Tel: (510) 844-7121 / Fax: (510) 844-7150

6  *Counsel for Center for Biological Diversity, Central*
7  *California Environmental Justice Network, Los*
   *Padres ForestWatch, Patagonia Works, and Sierra*
8  *Club*

2
PROOF OF SERVICE – Case No. 2:20-cv-00371 DSF (SSx)

# PROOF OF SERVICE

I am a citizen of the United States of America and a resident of the County of Alameda; I am over the age of 18 years and not a party to the within entitled action; my business address is 50 California Street, Suite 500, San Francisco, California.

I hereby certify that on January 23, 2020, I served by U.S. Certified Mail in accordance with F.R.Civ.P. 4(i) *et seq.* one true copy of the following documents:

- Summons in a Civil Action;
- Complaint for Declaratory and Injunctive Relief;
- Notice of Interested Parties; Corporate Disclosure Statement;
- Notice of Related Cases;
- Notice of Assignment to United States Judges;
- Notice to Parties of Court-Directed ADR Program; and
- Standing Order for Cases Assigned to Judge Dale S. Fischer

on the parties listed below:

U.S. Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC  20240

David Bernhardt
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC  20240

Karen Mouritsen, California Director
California State Office
U.S. Bureau of Land Management
2800 Cottage Way, Suite W1623
Sacramento, CA  95825

William Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Nicola T. Hanna
United States Attorney
Central District of California
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

Additionally, on January 23, 2020, I sent the above-named documents by U.S. Certified Mail to the Civil Process Clerk, Office of the United States Attorney, Room

7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012. Copies of the Certified Mail receipts and delivery confirmations are attached.

I also hereby certify that on January 29, 2020, I served the above-named parties by U.S. First Class Mail one true copy of the following document:

- Order re Transfer Pursuant to General Order 19-03 (Related Cases) [Doc. 10]

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2020 in San Francisco, California.

_____
Rikki Weber



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nicola T. Hanna
   United States Attorney
   Central District of California
   312 North Spring Street, Suite 1200
   Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   1-27-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7013 0600 0001 4998 9805

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**stamps endicia**  Shipping Label Receipt

First-Class Mail
Additional Services: Certified, Return Receipt
Total Postage and Fees: $8.80
Weight: 0 lbs 11 oz
Print Date: 01/23/2020          Mailing Date: 01/23/2020

From:  Rikki Weber
       Earthjustice
       50 California Street, Suite 500
       San Francisco, CA 94111

To:    Karen Mouritsen, CA Director
       U.S. Bureau of Land Management
       California State Office
       2800 Cottage Way, Suite W1623
       Sacramento CA 95825-1886

USPS Postmark Here

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7013 0600 0001 4998 9782

**EARTHJUSTICE**
50 California Street, Ste. 500, San Francisco, CA  94111-4608

Karen Mouritsen, California Director
California State Office
U.S. Bureau of Land Management
2800 Cottage Way, Suite W1623
Sacramento, CA  95825

PS Form 3800, August 2006            See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Karen Mouritsen, CA Director
   California State Office
   U.S. Bureau of Land Management
   2800 Cottage Way, Suite W1623
   Sacramento, CA 95825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Hernandez, L.A.
C. Date of Delivery: 1/27/2020

D. Is delivery address different from Item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   Bureau of Land Management
   California State Office
   Received JAN 27 2020

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0001 4998 9782

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**stamps endicia**  **Shipping Label Receipt**

First-Class Mail
Additional Services: Certified, Return Receipt
Total Postage and Fees: $8.80
Weight: 0 lbs 11 oz
Print Date: 01/23/2020     Mailing Date: 01/23/2020

From:  Rikki Weber
       Earthjustice
       50 California Street, Suite 500
       San Francisco, CA 94111

To:    Civil Process Clerk
       Office of the U.S. Attorney                USPS
       300 North Los Angeles Street              Postmark
       Federal Building Room 7516                  Here
       Los Angeles CA 90012

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

**EARTHJUSTICE**
50 California Street, Ste. 500, San Francisco, CA 94111-4608

Civil Process Clerk
Office of the United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

7013 0600 0001 4998 9799

PS Form 3800, August 2006     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Civil Process Clerk
    Office of the U.S. Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 1/21/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7013 0600 0001 4998 9799

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**stamps endicia**   Shipping Label Receipt

First-Class Mail
Additional Services: Certified, Return Receipt
Total Postage and Fees: $8.80
Weight: 0 lbs 11 oz
Print Date: 01/23/2020          Mailing Date: 01/23/2020

From:   Rikki Weber
        Earthjustice
        50 California Street, Suite 500
        San Francisco, CA 94111

To:     David Bernhardt
        U.S. Department of the Interior
        Secretary of the Interior
        1849 C Street, N.W.
        Washington DC 20240-0001

USPS Postmark Here

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

**EARTHJUSTICE**
50 California Street, Ste. 500, San Francisco, CA 94111-4608

7013 0600 0001 4998 9775

David Bernhardt
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

PS Form 3800, August 2006            See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70130600000149989775

Your item was delivered to an individual at the address at 7:53 am on February 3, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

February 3, 2020 at 7:53 am
Delivered, Left with Individual
WASHINGTON, DC 20240

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| Postal Product: | Features:<br>Certified Mail™ |

**See Less** ⌃



**stamps endicia**  **Shipping Label Receipt**

First-Class Mail
Additional Services: Certified, Return Receipt
Total Postage and Fees: $8.80
Weight: 0 lbs 11 oz
Print Date: 01/23/2020          Mailing Date: 01/23/2020

From:   Rikki Weber
        Earthjustice
        50 California Street, Suite 500
        San Francisco, CA 94111

To:     U.S. Bureau of Land Management
        1849 C Street, N.W., Room 5665         USPS
        Washington DC 20240-0001               Postmark
                                               Here

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

**EARTHJUSTICE**
50 California Street, Ste. 500, San Francisco, CA  94111-4608

7014 0600 0001 4998 9751

U.S. Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC  20240

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70130600000149989751

Remove ✕

Your item was delivered to an individual at the address at 12:22 pm on January 30, 2020 in WASHINGTON, DC 20240.

## ⊘ Delivered

January 30, 2020 at 12:22 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Feedback

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |

---

| Tracking History | ⌄ |

---

| Product Information | ⌃ |

**Postal Product:**

**Features:**
Certified Mail™

---

**See Less** ⌃