ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (213) 766-1067 / Fax: (415) 217-2040

MICHELLE GHAFAR (CA Bar No. 315842)
mghafar@earthjustice.org
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Counsel for National Parks Conservation
Association, Natural Resources Defense Council,
and The Wilderness Society*

(List of Counsel continued on next page)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　　　Defendants. | Civ. No. 2:20-cv-00371-DSF-(ASx)<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Filed: January 14, 2020<br>Requested Hearing: June 28, 2021 at 1:30 p.m.<br>Judge: Hon. Dale S. Fischer<br>Courtroom: 7D |

1  BRENDAN CUMMINGS (CA Bar No. 193952)
   bcummings@biologicaldiversity.org
2  CLARE LAKEWOOD (CA Bar No. 298479)
3  clakewood@biologicaldiversity.org
   DIANA DASCALU-JOFFE (CO Bar No. 50444)
4  ddascalujoffe@biologicaldiversity.org
5  (*admitted pro hac vice*)
   Center for Biological Diversity
6  1212 Broadway, Suite 800
   Oakland, CA 94612
7  Tel: (510) 844-7121 / Fax: (510) 844-7150

*Counsel for Center for Biological Diversity, Central California Environmental Justice Network, Los Padres ForestWatch, Patagonia Works, and Sierra Club*

PLEASE TAKE NOTICE that on Monday, June 28, 2021, or as soon thereafter as the parties may be heard, Plaintiffs Center for Biological Diversity, Central California Environmental Justice Network, Los Padres ForestWatch, National Parks Conservation Association, Natural Resources Defense Council, Patagonia Works, Sierra Club, and The Wilderness Society will and hereby do move for summary judgment on all claims in their Complaint for Declaratory and Injunctive Relief (Dkt. 1), pursuant to Federal Rule of Civil Procedure 56. The hearing will take place before the Honorable Dale S. Fischer in Courtroom 7D of the U.S. District Court for the Central District of California, 350 West First Street, Los Angeles, California, 90012.

This motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion for Summary Judgment. Plaintiffs' standing is demonstrated by the accompanying declarations of Ileene Anderson, Francisco Gonzales, Jeff Kuyper, Mark Rose, Paula Kislak, Joy Kobayashi, Hans Cole, Melinda Doud, Tom Frantz, and Daniel Rossman. This Court should enter summary judgment for Plaintiffs because there are no genuine issues of material fact and Plaintiffs are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a).

Pursuant to Local Rule 56-1, this motion is accompanied by a proposed judgment. The Court's May 27, 2020, Order (Dkt. 21) waived the additional requirement in Local Rule 56-1 for a "Statement of Uncontroverted Facts and Conclusions of Law" because the relevant facts in this case are set forth in the administrative record and are not in dispute.

Respectfully submitted,

Dated: January 22, 2021    /s/ Michelle Ghafar
MICHELLE GHAFAR (CA Bar No. 315842)
mghafar@earthjustice.org
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (213) 766-1067 / Fax: (415) 217-2040

*Counsel for National Parks Conservation Association, Natural Resources Defense Council, and The Wilderness Society*

CLARE LAKEWOOD (CA Bar No. 298479)
clakewood@biologicaldiversity.org
BRENDAN CUMMINGS (CA Bar No. 193952)
bcummings@biologicaldiversity.org
DIANA DASCALU-JOFFE (CO Bar No. 50444)
ddascalujoffe@biologicaldiversity.org
(*admitted pro hac vice*)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7121 / Fax: (510) 844-7150

*Counsel for Center for Biological Diversity, Central California Environmental Justice Network, Los Padres ForestWatch, Patagonia Works, and Sierra Club*