TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

LEILANI DOKTOR, admitted to HI Bar
E-Mail: leilani.doktor@usdoj.gov
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-0447 / Fax: (202) 305-0506
leilani.doktor@usdoj.gov
CLARE BORONOW, admitted to MD bar
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 2:20-cv-00371-DSF [consolidated with Case No. 2:20-cv-00504-PSG] <br><br> **STIPULATION OF DISMISSAL PURSUANT TO COMPROMISE SETTLEMENT AGREEMENT [FRCP 41(a)] AND PROPOSED ORDER OF DISMISSAL** |

    Plaintiffs Center for Biological Diversity et al. in case No. 2:20-cv-00371-DSF-SS (C.D. Cal., filed Jan. 14, 2020), Plaintiff State of California in case No. 2:20-cv-00504-PSG-AS (consolidated April 2, 2020, ECF No. 18), and Federal Defendants, the United States

1

STIPULATION OF DISMISSAL
*Center for Biological Diversity v. BLM*, Case No. 2:20-cv-00371-DSF

Bureau of Land Management et al. ("BLM"), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice, pursuant to the terms of the attached Stipulated Settlement Agreement (Attachment 1). Upon dismissal of this action, the Parties agree that this Court shall retain jurisdiction solely for the purposes of enforcing the Settlement Agreement, subject to the limitations described in Paragraphs 14 and 15 of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

DATED: July 31, 2022

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ Leilani Doktor
LEILANI DOKTOR, admitted to HI Bar
United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-0447
Fax: (202) 305-0506
leilani.doktor@usdoj.gov

/s/ Clare Boronow
CLARE BORONOW, admitted to MD bar
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Attorneys for Defendants*

/s/ Michelle Ghafar
MICHELLE GHAFAR (CA Bar No. 315842)
mghafar@earthjustice.org
Earthjustice
50 California Street, Suite 500

San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

ELIZABETH FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (213) 766-1067 / Fax: (415) 217-2040

*Counsel for National Parks Conservation Association, Natural Resources Defense Council, and The Wilderness Society*

*/s/  Elizabeth Jones*
ELIZABETH JONES (CA Bar No. 326118)
ljones@biologicaldiversity.org
BRENDAN CUMMINGS (CA Bar No. 193952)
bcummings@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (310) 365-9281 / Fax: (510) 844-7150

*Counsel for Center for Biological Diversity, Central California Environmental Justice Network, Los Padres ForestWatch, Patagonia Works, and Sierra Club*

*/s/ George Torgun*
GEORGE TORGUN, SBN 222085
YUTING YVONNE CHI, SBN 310177
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612
Tel: (510) 879-1002
Fax: (510) 622-2270
George.Torgun@doj.ca.gov
Yvonne.Chi@doj.ca.gov

*Attorneys for the State of California*

3

STIPULATION OF DISMISSAL
*Center for Biological Diversity v. BLM*, Case No. 2:20-cv-00371-DSF

**ATTESTATION OF CONCURRENCE**

In accordance with Local Rule 5-4.3.4, I hereby attest that all counsel whose signature is listed, and on whose behalf this e-filed document is submitted, concur in the filing's content and have authorized the filing.

/s/ *Leilani Doktor*
Leilani Doktor