JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants. | Case No. 2:20-cv-00371-DSF<br>[consolidated with Case No. 2:20-cv-00504-PSG]<br><br>**ORDER GRANTING DISMISSAL** |

Pursuant to the Stipulation of Dismissal and Settlement Agreement filed by the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants shall pay eligible Parties $10,000 in full satisfaction of attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this action solely for the purposes of enforcing the Settlement Agreement, subject to the limitations described in Paragraphs 14 and 15 of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated: August 1, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE