TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MICHAEL K. ROBERTSON
Trial Attorney (DC Bar)
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-9609 / Fax: (202) 305-0506
michael.robertson@usdoj.com

*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 2:20-cv-00371-DSF <br> [consolidated with Case No. 2:20-cv-00504-PSG] <br><br> **STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT ECF NO. 26** |

Pursuant to Paragraph 11 of the settlement agreement entered into between Plaintiffs Center for Biological Diversity, et al. in case No. 2:20-cv-00371-DSF (C.D. Cal. Filed Jan. 14, 2020), Plaintiff State of California in case No. 2:20-cv-00504-PSG-AS (consolidated April 2, 2020, ECF No. 18), and Federal Defendants,

1

STATUS REPORT
*Ctr. for Biological Diversity, et. al. v. BLM, et al., No.* 2:20-cv-00371-DSF

the United States Bureau of Land Management, et al. ("BLM"), Federal Defendants are providing a semiannual report on the status of the supplemental analysis contemplated in the settlement agreement.

  Federal Defendants report that the California Bureau of Land Management State Office continues to coordinate with the Bureau of Land Management Bakersfield Office ("BKFO") to address agreed upon conditions in the 2022 settlement agreement (Case No. 2:20-cv-00371-DSF).  The BKFO determined additional staff and/or specialized contracting personnel will be required to accomplish a supplement to the BLM 2019 Supplemental Environmental Impact Statement pursuant to the National Environmental Policy Act and is exploring how best to achieve these objectives.  BLM plans to initiate the supplemental analysis once the necessary resources are allocated to the BKFO.  In accordance with the settlement agreement terms, no lease sales have occurred within the BKFO planning area.

  Respectfully submitted this 1st day of March, 2024.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Michael K. Robertson*
Michael K. Robertson, admitted to DC Bar
United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-9609
Fax: (202) 305-0506
michael.robertson@usdoj.gov

*Attorneys for Defendants*