ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MICHAEL K. ROBERTSON
Trial Attorney (DC Bar)
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Tel: (202) 598-3835 / Fax: (202) 305-0506
michael.robertson@usdoj.com

*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 2:20-cv-00371-DSF<br>[consolidated with Case No. 2:20-cv-00504-PSG]<br><br>**STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT ECF NO. 84-1** |

Pursuant to Paragraph 11 of the settlement agreement entered into between Plaintiffs Center for Biological Diversity, et al. in case No. 2:20-cv-00371-DSF (C.D. Cal. Filed Jan. 14, 2020), Plaintiff State of California in case No. 2:20-cv-00504-PSG-AS (consolidated April 2, 2020, ECF No. 18), and Federal Defendants,

1  the United States Bureau of Land Management, et al. ("BLM"), Federal
2  Defendants are providing a semiannual report on the status of the supplemental
3  analysis contemplated in the settlement agreement.
4      Federal Defendants report that the California Bureau of Land Management
5  State Office continues to coordinate with the Bureau of Land Management
6  Bakersfield Office ("BKFO") to address agreed upon conditions in the 2022
7  settlement agreement (Case No. 2:20-cv-00371-DSF).  On June 23, 2025, the
8  BKFO published a Federal Register Notice of Intent (NOI) announcing a 30-day
9  public comment period to gather input on a supplement to the BLM 2019
10 Supplemental Environmental Impact Statement and potential Resource
11 Management Plan (RMP) amendment pursuant to the National Environmental
12 Policy Act (NEPA) and the terms of the 2022 settlement agreement. This notice
13 initiated the supplemental analysis process. The BLM will provide additional
14 opportunities for public participation consistent with NEPA and land use planning
15 processes. The draft RMP amendment/draft supplemental EIS is anticipated to be
16 available for public review in late summer/early fall 2025.
17     In accordance with the settlement agreement terms, no lease sales have
18 occurred within the BKFO planning area.
19     Respectfully submitted this 2nd day of September 2025.

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Michael K. Robertson
Michael K. Robertson, admitted to DC Bar
United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Tel: (202) 598-3835
Fax: (202) 305-0506

2

STATUS REPORT
*Ctr. for Biological Diversity, et. al. v. BLM, et al.*, No. 2:20-cv-00371-DSF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

michael.robertson@usdoj.gov

*Attorneys for Defendants*